UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Document # **6**

---------------------------------------

Nelson

-v-

City of New York

---------------------------------------

U.S.C.A. # _____

U.S.D.C. # 08-CV-1669

JUDGE: KMW

DATE: 3-24-2008

MAR 24 2008

## INDEX TO THE RECORD ON APPEAL

PREPARED BY (NAME):       THOMAS R. PISARCZYK
         FIRM:    U.S. DISTRICT COURT - SOUTHERN DISTRICT OF NEW YORK
      ADDRESS:            500 PEARL STREET, ROOM 370
                           NEW YORK, NEW YORK 10007
    PHONE NO.:                (212) 805 - 0636

**DISTRICT COURT DOCKET ENTRIES** --------------------------------------------

**DOCUMENT DESCRIPTION**                                           **DOC. #**

                    CLERK'S CERTIFICATE

            SEE ATTACHED LIST OF NUMBERED DOCUMENTS

(✓) Original Record                              (____) Supplemental Record

The record in the above entitled case was indexed to the U.S.C.A
for the Second Circuit on the 24th Day of March, 2008.

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

----------------------------------------

Nelson

-v-

City of NY

----------------------------------------

U.S.C.A. # _____

U.S.D.C. # 08-cv-1669

JUDGE: KMW

DATE: 3-24-2008

## Clerk's Certificate

I, J. Michael McMahon, Clerk of the Court of the United States District Court for the Southern District of New York, do hereby certify that the certified copy of the docket entries and the original filed papers numbered __1__ Through __5__, inclusive, constitutes the Original record on appeal in the above entitled proceedings except for the following missing documents:

Date Filed          Document Description

In Testimony Whereof, I have caused the seal of said Court to be hereunto affixed, at the City of New York, this 24th Day of March in this year of our Lord, Two Thousand and Eight, and the Independence of the United States this 232ND year.

J. Michael McMahon, Clerk

By _____
     Deputy Clerk

APPEAL, CLOSED, PRO-SE

## U.S. District Court
### United States District Court for the Southern District of New York (Foley Square)
### CIVIL DOCKET FOR CASE #: 1:08-cv-01669-KMW
### Internal Use Only

Nelson v. City of New York  
Assigned to: Judge Kimba M. Wood  
Cause: 28:1331 Fed. Question: Fair Labor Standards

Date Filed: 02/20/2008  
Date Terminated: 02/20/2008  
Jury Demand: None  
Nature of Suit: 710 Labor: Fair Standards  
Jurisdiction: Federal Question

| Date Filed | # | Docket Text |
|---|---|---|
| 02/20/2008 | 1 | DECLARATION IN SUPPORT OF REQUEST TO PROCEED IN FORMA PAUPERIS. Document filed by Robert Purcell Nelson.(laq) (Entered: 03/06/2008) |
| 02/20/2008 | 2 | COMPLAINT against City of New York. Document filed by Robert Purcell Nelson.(laq) (Entered: 03/06/2008) |
| 02/20/2008 |  | Magistrate Judge James C. Francis is so designated. (laq) (Entered: 03/06/2008) |
| 02/20/2008 | 3 | ORDER OF DISMISSAL, I grant plaintiff's application to proceed in forma pauperis, but dismiss the coomplaint for the reasons set forth in this order. Accordingly, the complaint, filed in forma pauperis under 28 U.S.C. 1915(a)(1), is dismissed as untimely and for failure to state a claim upon which relief may be granted. 28 U.S.C.1915(e)(2)(B)(ii). The Court certifies pursuant to 28 U.S.C.1915(a)(3) that any appeal from this order would not be taken in good faith. (Signed by Judge Kimba M. Wood on 2/20/08) (laq) (Entered: 03/06/2008) |
| 02/20/2008 | 4 | JUDGMENT. Ordered, Adjudged and Decreed: That the complaint be and is hereby dismissed. 28 U.S.C. 1915(e)(2). We certify pursuant to 28 U.S.C. 1915(a)(3) that any appeal from the Court's order will not be taken in good faith. (Signed by Judge Kimba M. Wood on 2/20/08) (laq) (Entered: 03/06/2008) |
| 03/20/2008 | 5 | NOTICE OF APPEAL from 4 Judgment - Sua Sponte (Complaint), 3 Order Dismissing Complaint (I.F.P.). Document filed by Robert Purcell Nelson. (tp) (Entered: 03/24/2008) |
| 03/20/2008 |  | Appeal Remark as to 5 Notice of Appeal filed by Robert Purcell Nelson. $455.00 APPEAL FEE DUE. IFP REVOKED 2/20/08.(tp) (Entered: 03/24/2008) |
| 03/24/2008 |  | Transmission of Notice of Appeal and Certified Copy of Docket Sheet to US Court of Appeals re: 5 Notice of Appeal. (tp) (Entered: 03/24/2008) |
| 03/24/2008 |  | Transmission of Notice of Appeal to the District Judge re: 5 Notice of Appeal. (tp) (Entered: 03/24/2008) |